UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICARDO LEE AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS OFFICER ERIC ROBERTSON, *et al*.<br><br>Defendants. | CASE NO. C09-5532RBL/JRC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO ANSWER REQUESTS FOR ADMISSIONS |

This Title 42 §1983 Civil Rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b) (1) (A) and 636(b) (1) (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4.

Before the court is plaintiff's motion asking for an enlargement of time to answer defendants' first requests for admissions. The Federal Rules of Civil Procedure require that the parties meet and confer prior to filing motions regarding discovery. *See* Fed. R. Civ. P. 37 (a) (1). Defendants respond to the motion and note that there was no meeting regarding this discovery issue. As plaintiff is incarcerated, the court allows the parties to meet and confer by

ORDER - 1

letter. As there was no meeting, the motion is DENIED. Plaintiff has fourteen days from entry of this order to serve his answers to the requests for admissions on opposing counsel.

The Clerk of Court is directed to send a copy of this Order to plaintiff and remove Dkt. # 24 from the court's calendar.

DATED this 5th day of March 2010.

J. Richard Creatura
United States Magistrate Judge