UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICARDO LEE AGUILAR,<br><br>        Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER ERIC ROBERTSON, et al,<br><br>        Defendants. | Case No. C09-5532RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Objection [Dkt. #29] to the Magistrate Judge's Order [Dkt. #27] denying Plaintiff's motion for appointment of counsel. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72 a party may object to a Magistrate Judge's order and request review by a District Judge. Plaintiff herein objects to the Magistrate Judge's Order denying his motion for appointment of counsel. A review of Plaintiff's motion, the Magistrate Judge's Order, and Plaintiff's Objection thereto indicates that the Magistrate Judge's Order denying appointment of counsel was not erroneous nor contrary to law. Plaintiff's Objection is therefore **DENIED.**

**IT IS SO ORDERED.**

1 | The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 10th day of May, 2010.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE