UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICARDO LEE AGUILAR,<br><br>        Plaintiff,<br><br>        v.<br><br>CORRECTIONAL OFFICER ERIC ROBERTSON, *et al*.,<br><br>        Defendants | NO. 09-5532RBL/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant's Motion for Judgment on the pleadings is GRANTED. The action is DISMISSED WITH PREJUDICE with the dismissal counting as a strike pursuant to 28 U.S.C. 1915 (g).

(3) All pending motions are DENIED AS MOOT.

(4) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 30th day of August, 2010.

                                                  RONALD B. LEIGHTON
                                                UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1