# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICARDO LEE AGUILAR,

                                 JUDGMENT IN A CIVIL CASE

         v.

                                  CASE NUMBER: 09-5532RBL/JRC

CORRECTIONAL OFFICER ERIC ROBERTSON, *et al*.,

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    THE COURT HAS ORDERED THAT

(1)     The Court adopts the Report and Recommendation; and

(2)     Defendant's Motion for Judgment on the pleadings is GRANTED. The action is DISMISSED WITH PREJUDICE with the dismissal counting as a strike pursuant to 28 U.S.C. 1915 (g).

| September 21, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                         *s/ Mary Trent*
                                                         Deputy Clerk