HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICARDO LEE AGUILAR,<br>Plaintiff,<br>v.<br>CORRECTIONAL OFFICER ERIC ROBERTSON, et al,<br>Defendants. | Case No. C09-5532RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion to Alter or Amend the Judgment [Dkt. #49]. Having considered the entirety of the records and file herein, and having considered that this motion is more properly considered as a Motion for Reconsideration, the Court finds and rules as follows:

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. CR7(h), Local Rules W.D. Wash. That standard has not been met in this case, and the Court will not reconsider its prior ruling dismissing plaintiff's case. [Dkt.#s 47 and 48].

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 30th day of September, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE